IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P6005535 *a/k/a* RONALD SATISH EMRIT *a/k/a* PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C0056989 *d/b/a* UNITED EMRITS OF AMERICA, | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:26-CV-89-MJT-CLS |
| v. | § | |
| BARACK HUSSEIN OBAMA, MICHELLE OBAMA, JOE BIDEN, JILL BIDEN, HUNTER BIDEN, KETANJI BROWN-JACKSON, ANDREW OF THE WINDSORS, and KEIR STARMER, | § | |
| *Defendants*. | | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On August 25, 2026, Judge Stetson issued a Report and Recommendation advising denial of Plaintiff's Application for *in forma pauperis* status in this case. [Dkt. 2.] The Report and Recommendation found that Plaintiff is a serial *pro se* filer with a documented history of vexatiousness and that the allegations in the complaint were nonsensical, fanciful and not worthy of judicial resources. [Dkt. 10.] The Report also recommended that if his application to proceed *in forma pauperis* in this district was also construed as a motion to proceed *in forma pauperis* on appeal, it should likewise be denied. [Dkt. 10.] Plaintiff did not object to these findings and the time to do so has passed. Accordingly, the court reviews the Report and

Recommendation for clear error. It finds none.

Plaintiff's Application to Proceed In Forma Pauperis is DENIED. Plaintiff is required to pay the full filing fee in the district court within 21 days of entry of this Order. Should Plaintiff's Application be construed as a motion to proceed in forma pauperis on appeal, it is also DENIED.[1]

**SIGNED this 17th day of September, 2026.**

Michael J. Truncale
United States District Judge

[1] Plaintiff filed a Notice of Appeal objecting to the Magistrate Judge's Order to Show Cause. Said appeal is docketed in the Fifth Circuit Court of Appeals as case no. 26-40191.